**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                              :
In re:                                        :
                                              :
KIMBERLY BRUCE,                               :
                                              :
                    Debtor.                   :
                                              :
                                              :
------------------------------------------------------- x
                                              :
KIMBERLY BRUCE,                               :
                                              :
                                              :    Case No. 15-cv-3311 (VLB)
                    Debtor and                :
                    Plaintiff on behalf       :
                    of herself and all        :
                    others similarly          :
                    situated,                 :
                                              :
v.                                            :
                                              :
CITIGROUP INC., CITIBANK, N.A.,               :
and CITIBANK (SOUTH DAKOTA), N.A.,            :
                                              :
                    Defendants.               :
                                              :
------------------------------------------------------- x
```

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Citigroup Inc. and Citibank, N.A., successor in interest to Citibank (South Dakota), N.A. (together, "Citi"), by and through the undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit the March 4, 2019 Order (Dkt. 40) and the March 6, 2019 Judgment (Dkt. 41) of the United States District Court for the Southern District of New York (Briccetti, J.) affirming the November 12, 2014 Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 13-22088 (RDD), Adv. Proc. No. 14-08224 (RDD), denying Citi's motion to compel arbitration.

Dated:  New York, New York
      March 15, 2019

SIDLEY AUSTIN LLP

By:    /s/ Benjamin R. Nagin
      Benjamin R. Nagin
      (bnagin@sidley.com)
      Eamon P. Joyce
      (ejoyce@sidley.com)
      Jon W. Muenz
      (jmuenz@sidley.com)
      787 Seventh Avenue
      New York, NY 10019
      (212) 839-5300 (tel)
      (212) 839-5599 (fax)

*Attorneys for Citigroup Inc. and Citibank, N.A., successor in interest to Citibank (South Dakota), N.A.*